IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CARROLL and DAWN CARROLL, | : | |
|     **Plaintiffs** | : | No. 1:22-cv-00242 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, VALLEY QUARRIES, INC., and NEW ENTERPRISE STONE & LIME CO., INC., | : | |
|     **Defendants** | : | |

# ORDER

**AND NOW**, on this 5th day of November 2025, upon consideration of Plaintiffs John Carroll and Dawn Carroll ("Plaintiffs")' motion to exclude the expert testimony of Dr. James M. Thompson (Doc. No. 84), and Defendant Commonwealth of Pennsylvania, Department of Transportation ("Defendant," or "PennDOT")'s motion to exclude the expert testimony of Dr. Brian A. Coon (Doc. No. 82), and in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1.    Plaintiffs' motion (Doc. No. 84) is **GRANTED IN PART and DENIED IN PART**, in that Dr. Thompson will be permitted to testify as to his opinions three (3) through seven (7), but opinions one (1) and two (2) are excluded;

2.    Defendant's motion (Doc. No. 82) is **GRANTED IN PART and DENIED IN PART**, in that Dr. Coon will be permitted to testify as to his opinions one (1) and two (2), but opinion three (3) is excluded; and

3.      A status conference with both parties shall be held on December 10, 2025 at 11:30 am to discuss potential trial dates, as well as to explore mediation. The telephone number of the Court for purposes of this call is 717-221-3990. Plaintiffs' counsel shall initiate the telephone call.

s/ Yvette Kane\
Yvette Kane, District Judge\
United States District Court\
Middle District of Pennsylvania
